Name: Rod Huff
Address: P.O. Box 86164
Terminal Annex
Los Angeles, Ca. 90086

BK# 6226119

*** Pro-SE ***

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY KVH DEPUTY

# UNITED STATES DISTRICT COURT, CENTRAL DIVISION OF CALIFORNIA

Rod Anthony Huff, Plaintiff

VS.

CITY OF LOS ANGELES. et al., Defendent(s)

Summons
2:22-CV-640-AB-RAO
Case No.
(To be added by clerk.)

If you are the United States or a United States employee you must serve an answer on the Plaintiff in accordance to Fed. Rule 12 of Civil Proceedures .. A Complaint has now been made against the mentioned defendent(s)., And who are: City of Los Angeles, County of Los Angeles, Department of Mental Health, and also the Public defenders office

Dated: January 19, 22    [SEAL]

Court Clerk

_____
Plaintiff - Complaintant

Page 1 of 4

Notice is hereby given to the defendent(s). A civil action lawsuit has been filed against the defendent(s).

You are being Sued! by the Plaintiff for Just compensation, the Plaintiff seeks compensation for damages which has been caused by cruel and unusual Punishment. which has been caused because the defendent(s) has imposed an involuntary medication order against the Plaintiff's Person., Notice the defendent(s) are also being sued on the behalf of violating various articles of the United States Constitution, also for violating various articles of the Uniform Commercial Code.

Court Clerk

Dated: 1-19-22

*[signature]*



Ro[...]
BK # C22 C6119
P.O. BOX 86164
Terminal Anex
Los Angeles, Ca 90086

CL

United States district court
Attn: Court Clerk
255 E. Temple St., Suit 180
Los Angeles, Ca 90012

90012-333299